____ FILED   ___ ENTERED
____ LOGGED  _____ RECEIVED

3:58 pm, Jan 27 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **CRIMINAL NO.: 1:25-mj-00183** |
| | ) |
| **DAZHON DARIEN** | ) |
| | ) |
| **Defendant** | ) |

### ORDER

**HAVING CONSIDERED** the Government's Motion to Dismiss the above captioned Criminal Complaint, it this 27th day of January 2025, **ORDERED**, that the Criminal Complaint in the above captioned matter, is hereby **DISMISSED**.

_____
The Honorable Erin Aslan
United States Magistrate Judge